IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHILLIP M. KELLY, as Chapter 7 Bankruptcy Trustee in the matter of John Loghry and Robyn Loghry, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No. 3:06-CV-0554-L (Consolidated with 3:06-CV-0561-L) |
| STEVE FRANCISCO, STARSEASRCH INTERNATIONAL, LLC, LEXXUS INTERNATIONAL, INC. and NATURAL HEALTH TRENDS CORP., | § § § § § § | |
| Defendants. | § | |

**AGREED ORDER DISMISSING WITH PREJUDICE DEFENDANTS,
STEVE FRANCISCO, STARSEARCH INTERNATIONAL, LLC,
LEXXUS INTERNATIONAL, INC. AND NATURAL HEALTH TRENDS CORP.**

ON THIS DAY the Agreed Stipulation of Dismissal of Defendants, Steve Francisco, Starsearch International, LLC, Lexxus International, Inc. and Natural Health Trends Corp. came for consideration. The Court, having considered the Agreed Stipulation, has determined that it is well-founded and should be, and is hereby, granted. Accordingly,

IT IS ORDERED that the Agreed Stipulation of Dismissal with Prejudice of Defendants, Steve Francisco, Starsearch International, LLC, Lexxus International, Inc. and Natural Health Trends Corp. is GRANTED.

IT IS FURTHER ORDERED that the claims asserted in the above-styled cause of action and the consolidated Civil Action No. 3:06-CV-0561-L are dismissed with prejudice as to

Defendants, Steve Francisco, Starsearch International, LLC, Lexxus International, Inc. and Natural Health Trends Corp.

SIGNED ON THIS 21st day of July, 2009.

                                            Sam A. Lindsay
                                            United States District Judge