IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LEXXUS INTERNATIONAL, INC. and §
NATURAL HEALTH TRENDS CORP., §
§
    Plaintiffs/Counter-Defendants, §
§
v. §
§
JOHN LOGHRY, §
§
    Defendant/Counter-Plaintiff, §
§
v. §
§
§
TERRY LACORE, MARK WOODBURN, §
and LISA GROSSMAN, INDIVIDUALLY, §
§
§
    Third-Party Defendants. §

Civil Action No. 3:06-CV-0554-L
(Consolidated with 3:06-CV-0561-L)

---

## UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT

---

**TO THE HONORABLE SAM LINDSAY, UNITED STATES DISTRICT JUDGE:**

    Pursuant to this Court's Order of August 24, 2009, Lexxus International, Inc. and Natural Health Trends Corp. file this Motion for Entry of Final Judgment in the form attached hereto as Exhibit A.[1]  Counsel for John Loghry does not object to the form of the proposed Final Judgment attached hereto as Exhibit A, but reserves his right to appeal the underlying bases for the Final Judgment.

---

[1] Since July 9, 2007, which was the date the undersigned counsel submitted a proposed Final Judgment to the Court, the three Third-Party Defendants, Terry LaCore, Mark Woodburn, and Lisa Grossman, have all fully settled and compromised their claims, both with the Trustee of the Loghry Bankruptcy, as well as with John Loghry. For their part, Lexxus International, Inc. and Natural Healthtrends Corp. have fully compromised their claims only with the Trustee of the Loghry Bankruptcy, but have not reached any settlement with John Loghry. Accordingly, the Motion is filed only by Lexxus and NHTC.

WHEREFORE PREMISES CONSIDERED, Movants request that this Court enter the proposed Final Judgment attached hereto as Exhibit A.

Respectfully submitted,

**CROUCH & RAMEY, L.L.P.**

By: /s/ Michael V. Marconi
**Michael V. Marconi**
State Bar No. 00784525
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
(214) 922-7100 – Telephone
(214) 922-7101 – Facsimile
**ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS LEXXUS INTERNATIONAL, INC. AND NATURAL HEALTH TRENDS CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record via this Court's CM/ECF system on this the 31st day of August, 2009:

Mr. K. Lawson Pedigo
MILLER KEFFER & PEDIGO
8401 North Central Expressway, Suite 630
Dallas, Texas  75201

/s/ Michael V. Marconi
Michael V. Marconi